# Exhibit 2

**Registration Number**

**PA 2-499-193**

**Effective Date of Registration:**
September 19, 2024
**Registration Decision Date:**
November 08, 2024

## Title

**Title of Work:** The Wild Robot

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** September 19, 2024
**Nation of 1st Publication:** Australia
**Preregistration:** PRE000013447

## Author

- **Author:** DreamWorks Animation L.L.C.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** DreamWorks Animation L.L.C.
100 Universal City Plaza, Universal City, CA, 91608
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music, Previously published/registered "The Wild Robot" works

**New material included in claim:** all other cinematographic material

## Certification

**Name:** Carly Seabrook
**Date:** September 19, 2024